

# ANCHORS ◆ SMITH ◆ GRIMSLEY
A PROFESSIONAL LIMITED COMPANY
ATTORNEYS AND COUNSELORS AT LAW
909 MAR WALT DRIVE, SUITE 1014
FORT WALTON BEACH, FL 32547-6711
(850) 863-4064   (850) 862-1138 Fax   (850) 664-5728 Fax
WWW.ASGLEGAL.COM

C. LeDon Anchors
James W. Grimsley
Steven B. Bauman
W. Scott Foster*
C. Jeffrey McInnis
Richard P. Petermann*

* Also Admitted in Alabama
† Also Admitted in Georgia

Timothy W. Shaw
L. Paul Sirmans†
Shiraz A. Hosein
Jeffrey L. Burns*

Walter J. Smith
1929-2001

August 21, 2012

*Via Certified Mail*

Clerk of Court
United States District Court for the
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    Re:    *Diversified Holdings, LLLP's Supplement to Objection to proposed Economic & Property Damages Settlement in In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179*

To Whom It May Concern:

    This is to supplement my previous objection of August 9, 2012 on behalf of Diversified Holdings, LLLP, as follows:

    The previous objection could be construed to constitute an objection only to the coastal real property claim zone map. In addition, this objection also applies to the real property sales compensation zone map found at Exhibit 13B to the Settlement Agreement.

    The Coastal Real Property Claim Zone Map and the Real Property Sales Compensation Zone Map appear to coincide based upon the interactive mapping tool provided at the official website for the settlement.

    In fairness, the building in which my client's condominium unit was located should have been included in both the Coastal Real Property Claim Zone Map and the Real Property Sales

US District Court for the
Eastern District of Louisiana
August 21, 2012
Page 2

_____

Compensation Zone Map. There is no reason for it to have been gerrymandered out of the claim zones.

Respectfully submitted,

Richard P. Petermann

RPP/kaf

Encl.

cc:    *Via Certified Mail*

James Parkerson Roy
**Attn: Deepwater Horizon E&PD Settlement**
Domengeaux Wright Roy & Edward
P.O. Box 3668
Lafayette, LA 70501

Stephen J. Herman
**Attn: Deepwater Horizon E&PD Settlement**
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard C. Godfrey, P.C.
**Attn: Deepwater Horizon E&PD Settlement**
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654