UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| OIL SPILL BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN THE | ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | ) | |
| | ) | SECTION J |
| THIS DOCUMENT RELATES: | ) | |
| | ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING GmbH | ) | MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-02771-CJB-SS | ) | |

**J&E CHARTERS, LLC'S _SUPPLEMENT_ TO OBJECTION TO
THE PROPOSED AMENDED ECONOMIC & PROPERTY DAMAGES SETTLEMENT**

NOW INTO COURT, through undersigned counsel, comes J&E Charters, LLC and supplements its Objection (Doc. # 81) with its name, address, phone number and proof of class membership. *Exhibit 1*.

                                            Respectfully submitted:

                                            _/s/ Adam M. Milam_
                                        ADAM M. MILAM, Esq. (MILAA2597)
                                        *Attorney for J&E Charters, LLC*

OF COUNSEL:
MILAM & MILAM, LLC
Post Office Box 1454
104 S. Section Street
Fairhope, Alabama 36533
(251) 928-0191
(251) 928-0193 fax
amilam@milam-law.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have on this the 31st day of August, 2012, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

                                                     _____*/s/ Adam M. Milam*_____
                                                     Adam M. Milam